# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| ORLANDO EVANS, CICELY EVANS, and LAJESSICA SCRUGGS, MOTHER AND LEGAL GUARDIAN OF L. S., A MINOR,<br>　　Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY, STANDARD SALES COMPANY, L.P., A&B DISTRIBUTING COMPANY, INC., AND WILLIAM LUNSFORD,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:17-CV-034-SA-RP<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING
## JOINT MOTION TO DISMISS WITH PREJUDICE

The Court has considered the Joint Motion to Dismiss with Prejudice filed by Plaintiffs Orlando Evans, Cicely Evans and LaJessica Scruggs, mother and legal guardian of L.S., a minor, (collectively "Plaintiffs") and Defendants Great American Insurance Company, Standard Sales Company, L.P., and A&B Distributing Company, Inc. (collectively "Defendants"). Having reviewed the motion and the representations of counsel therein, the Court finds that the Motion should in all things be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that any and all claims and causes of action asserted or which could have been asserted in this action by, between or among Plaintiffs and Defendants are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that any and all claims and causes of action asserted or which could have been asserted in this action by Plaintiffs against Defendant William Lunsford are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that each party shall bear its own costs.

**SO ORDERED** this 22nd day of January 2018.

                                        /s/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE